**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:  Victor S. Elgohary, Representatively on behalf of Nominal Defendant Lakes on Eldridge North Community Association, Inc. **V.** Lakes on Eldridge North Community Association, Inc.; RealManage, LLC; Darla Kitchen; Don Byrnes; Michael Ecklund; Laura Vasallo Lee; John Kane; Julie Ann Bennett; Rick Hawthorne; Cara Davis; Christi Keller; Jim Flanary; Jill Richardson

Appellate case number:  01-14-00216-CV

Trial court case number:  2013-17221

Trial court:  234th District Court of Harris County

Date motion filed:  2/1/16

Party filing motion:  Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack

☐ Acting Individually  ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Huddle, Brown, and Lloyd.

Date: August 16, 2016